UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

           Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. **SANDRA LINDSEY,**
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
           Defendants.

# ORDER

**THIS MATTER** comes before the Court on the Government's Unopposed Motion to Join Defendant Sandra Lindsey With Remaining Co-Defendants for Trial **(#1247)**. The Court having reviewed the foregoing, hereby

**ORDERS** that the Defendant Sandra Lindsey shall have to and including **July 8, 2006** to file a Response to the Motion **(#1247)**.

Dated this 28th day of June 2006.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge