UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

          Plaintiff,

v.

**1. LINDA CARNAGIE,**
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
**6. SANDRA LINDSEY,**
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
**16. LINDA EDWARDS,**
**17. LADONNA MULLINS,**
**18. TRENSON L. BYRD, aka TL Byrd,**
**19. EMMITT COTTON, SENIOR,**
**20. STAFFORD A. HILAIRE,**
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
          Defendants.

## ORDER TO RESPOND

THIS MATTER comes before the Court on the Government's Amended Motion for Discovery **(#1328)**.

**IT IS ORDERED** that the Defendants shall respond to such motion no later than September 21, 2006.

Dated this 14th day of September, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*
        Marcia S. Krieger
        United States District Judge