IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Barbara Wagner          Date: September 25, 2006
Court Reporter:  Paul Zuckerman

Criminal Action No. 04-cr-00463-MSK

*Parties*:                                 *Counsel Appearing*:

UNITED STATES OF AMERICA,                  Patricia Davies
                                           Linda McMahan
            Plaintiff,

v.

LINDA CARNAGIE,                            Patrick Butler
SANDRA LINDSEY,                            Thomas Hammond
LINDA EDWARDS,                             Lisa Wayne
TRENSON L. BYRD,                           Lynn Pierce
EMMITT COTTON, SENIOR,                     Art Nieto
STAFFORD A. HILAIRE,                       Peter Menges

            Defendants.

## COURTROOM MINUTES

HEARING:     Motion to Continue Trial

**1:41 p.m.     Court in session**.

Defendants Lindsey, Edwards, Byrd, Cotton, and Hilaire are present on bond.

Counsel present arguments.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     Motion for Leave to Cover for Patrick Butler on September 25, 2006 **(Doc #1349) is moot.**

**ORDER:**     Sandra Lindsey's Motion to Permit Stand-In Counsel **(Doc #1356) is moot.**

**ORDER:**     Motion to Continue Trial filed by Linda Edwards **(Doc #1344) is granted.** This necessitates a **severance of Linda Edwards' trial** from the remaining trial as scheduled for the other defendants.

**ORDER:**     The Courts sets a hearing on **September 28, 2006 at 1:30 p.m.** regarding resetting Ms. Edwards' trial, and consideration as to whether Ms. Wayne should continue as counsel.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**     Government's Request for Discovery **(Doc #1328) is denied as moot.**

**ORDER:**     The Court sets a deadline of **September 28, 2006 by 5:00 p.m.** for the Government to supply defense counsel with an amended indictment and the redacted form that will be used at trial. Defense Counsel will have until noon on **September 29, 2006** to file a response.

**ORDER:**     Motion in *Limine* **(Doc #1358) is denied as premature.**

**ORDER:**     Motion in *Limine* **(Doc #1359) is denied as premature.**

Discussion regarding the jury questionnaire.

Discussion regarding the issue of new counsel by Mr. Cotton.

**2:44 p.m.     Court in recess.**
**3:15 p.m.     Court in session.**

Discussion regarding Mr. Cotton's request that Mr. Nieto withdraw from his representation.

**ORDER:**     Motion for Counsel to Withdraw **(Doc #1360) is granted.** This necessitates a **severance of Emmitt Cotton's trial** from the remaining trial as scheduled for the other defendants.   The resetting of Mr. Cotton's trial will be addressed **September 28, 2006 at 1:30 p.m.**  New CJA counsel shall be appointed.

**ORDER:**     Bond is continued.

**3:49 p.m.     Court in recess.**

**Total Time:   1 hour 37 minutes**
**Hearing concluded.**