## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date: November 14, 2006

Court Reporter:  Paul Zuckerman

Criminal Action No. 04-cr-00463-MSK

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Patricia Davies |
|  | Linda McMahan |
| Plaintiff, |  |
| v. |  |
| LINDA CARNAGIE, | Patrick Butler |
| SANDRA LINDSEY, | Thomas Hammond |
| TRENSON L. BYRD, and | Lynn Pierce |
| STAFFORD A. HILAIRE, | Peter Menges |
| Defendants. |  |

## COURTROOM MINUTES

HEARING:   Jury Trial Day Twenty

**9:19 a.m.        Court in session**

Discussion regarding scheduling issues for remainder of the week.

Discussion regarding the Government's motion for reconsideration filed on November 13, 2006.

9:28 a.m.   Jury present.

**9:30 a.m. Witness Dawn Nuanes recalled by the Government.** Direct examination by Ms. Davies.

**ORDER:**     **Received:**     **113 (page 36, 57)**
                        **Rejected:**      **113 (page 82)**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Cross examination of witness Dawn Nuanes by Ms. Pierce.
**Witness sworn for the Government: Angela Davidson:**
**9:51 a.m.**     Direct Examination by Ms.Davies

**Witness sworn for the Government: Special Agent Patricia Nelson:**
**9:54 a.m.**     Direct Examination by Ms.Davies

**10:24 a.m**     **Court in recess**
**10:54 a.m.**    **Court in session**

Continued cross examination of witness Special Agent Patricia Nelson by Ms. Davies.

**ORDER:**     Received:     146 (pages 64-70, 127)

**11:29 a.m.**    **Court in recess**
**12:34 p.m.**    **Court in session**

Jurors not present.

Argument regarding the Government's Motion for Reconsideration regarding Exhibit 119.

**ORDER:**     The Government's Motion to Reconsider (**Doc. #1483**) is **GRANTED** in part and **DENIED** in part.

**ORDER:**     Received:     119 (pages 2-3, 4, 5, 6, 7, 8, 9, 10, 11 (check only- not deposit slip)12, 13, 14, 15, 16, 17, 18, 19 and 20 (cks. to Hillaire and Edwards only).

Argument regarding witness Special Agent Patricia Nelson's expert witness testimony.

**ORDER:**     Witness Special Agent Patricia Nelson may testify to the opinions for which she was designated and how she arrived at those opinions.

Discussion regarding Exhibit 146. Defendants no longer object to the summary pages of the underlying document as previously discussed.

1:25 p.m.     Jurors present

Continued direct examination of witness Special Agent Patricia Nelson by Ms. Davies.

**2:13 p.m.**     **Court in recess**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**2:40 p.m.        Court in session**

Further discussion on exhibits referenced in relation to Exhibit 166.

2:44 p.m.        Jurors present

Continued direct examination of witness Special Agent Patricia Nelson by Ms. Davies.

**ORDER:        Received:        166**

Cross examination of witness Special Agent Patricia Nelson by Ms. Pierce.

Cross examination of witness Special Agent Patricia Nelson by Mr. Menges.

Cross examination of witness Special Agent Patricia Nelson by Mr. Butler.

Redirect examination of witness Special Agent Patricia Nelson by Ms. Davies.

**Witness sworn  for the Government: Special Agent Suzanne Steigerwald:**
**3:15 p.m.        Direct Examination by Ms. McMahan**

Bench Conference:

Scheduling discussed.  Mr. Hammond's request to call a witness out of order is granted.

Continued direct examination of witness Special Agent Suzanne Steigerwald by Ms. McMahan.

4:37 p.m.        Jurors excused

Discussion of witnesses to be called by defendant Carnagie tomorrow.

**4:39 p.m.        Court in recess**

**Total Time:    5 hours 18 minutes**
**Trial continued.**