UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. **SANDRA LINDSEY,**
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
        Defendants.

## ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

THIS MATTER is before the Court on Defendant Sandra Lindsey's Unopposed Motion to Continue Sentencing Hearing **(#1717).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#1717) is GRANTED**. The sentencing hearing for Defendant Sandra Lindsey currently set for **April 2, 2007 is VACATED** and reset to **April 6, 2007 at 8:30 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 29th day of March, 2007

                        **BY THE COURT:**

                        *Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge